**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF KENTUCKY**

**SOUTHERN DIVISION**

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff<br><br>v.<br><br>PRIVATE INVESTIGATIONS AND COUNTER-INTELLIGENCE SERVICES, INC. and BLEDSOE COAL CORPORATION,<br><br>　　　　Defendants | )<br>)<br>)<br>)　Civil Action No. _____<br>)<br>)<br>)<br>)<br>)　**COMPLAINT**<br>)　(Injunctive Relief Sought)<br>)<br>)<br>)<br>)<br>) |

　　　　Plaintiff brings this action pursuant to § 108 of the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 818. Plaintiff requests that the Court order the Defendants to comply with the decision that was issued on July 27, 2011 by Administrative Law Judge L. Zane Gill.

　　　　　　　　　　　　　　　　I

　　　　This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1345, 30 U.S.C. § 818 and Rule 65 of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　II

　　　　Defendant, Bledsoe Coal Corporation, at all times hereinafter mentioned, is a corporation doing business in Leslie County, Kentucky. Bledsoe Coal Corporation operates the Abner Branch Rider Mine. Bledsoe Coal Corporation is an "operator" as defined in § 3(d) of the Mine Act [30 U.S.C. 802(d)].

III

The Abner Branch Rider Mine is a coal mine, the products of which enter commerce, or the operations or products of which affect commerce, all within the meaning of § 3(b) and § 4 of the Mine Act [30 U.S.C. §§ 802(b) and 803].

IV

Defendant, Private Investigations and Counter-Intelligence Services, Inc. (PICI), at all times hereinafter mentioned, is a corporation doing business in Leslie County, Kentucky. PICI is a contractor for Bledsoe Coal Corporation. PICI employees perform services at the Abner Branch Rider Mine. PICI is an "operator" as defined in § 3(d) of the Mine Act [30 U.S.C. § 802(d)].

V

At all times hereinafter mentioned, Defendants acting in concert, operated a coal mine, the products of which enter commerce, or the operations or products of which affect commerce, and as such are subject to the provisions of the Federal Mine Safety and Health Act of 1977, as amended.

VI

On July 27, 2011, Administrative Law Judge L. Zane Gill ordered the Defendants to reinstate Kenneth R. Wilder to his former position, or to an equivalent position, at the Abner Branch Rider Mine. See Decision and Order Reinstating Kenneth R. Wilder, attached as Exhibit A. This decision was issued pursuant to Section 105(c) of the Federal Mine Safety and Health Act of 1977.

VII

Defendants have refused to comply with the Administrative Law Judge's decision. Defendants have failed to reinstate Kenneth R. Wilder to the position that he previously held at the Abner Branch Rider Mine. Defendants have failed to reinstate Kenneth R. Wilder to an equivalent position.

VIII

WHEREFORE, good cause having been shown, the Plaintiff requests an order requiring the Defendants to comply with the decision that was issued on July 27, 2011 by Administrative Law Judge L. Zane Gill. Plaintiff further requests that the Court assess sanctions against the Defendants and order such other relief as the Court may deem appropriate. Defendants should be ordered to reinstate Kenneth R. Wilder to the position he held immediately prior to his discharge or to a similar position at the same location, same rate of pay, same shift assignment, and with the same or equivalent duties.

Respectfully submitted,

M. PATRICIA SMITH
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

POST OFFICE ADDRESS:

Office of the Solicitor
U. S. Department of Labor
618 Church Street
Suite 230
Nashville, Tennessee  37219-2456

Telephone: (615) 781-5330 Ext. 241
Fax No. (615) 781-5321
 E-mail: nash.fedcourt@dol.gov
         shepherd.matt@dol.gov

THERESA BALL
Associate Regional Solicitor

 s/ Matt S. Shepherd
MATT S. SHEPHERD
Attorney

U. S. Department of Labor
Attorneys for the Secretary